Oliver J. Pancheri, Esq. (NV Bar No. 7476)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: opancheri@spencerfane.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER HOLLY VISEUR,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATED, doing business as USAA, an unincorporated entity and/or a reciprocal insurance exchange with members residing in the State of Nevada; USAA CASUALTY INSURANCE COMPANY, a corporation; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00773-JAD-EJY<br><br>**STIPULATION AND ORDER REMANDING CASE TO THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA** |

Plaintiff JENNIFER HOLLY VISEUR ("*Plaintiff*"), by and through her attorneys of record, Alex J. De Castroverde, Esq., Orlando De Castroverde, Esq., and Millie Mummery, of De Castroverde Law Group, and Defendants UNITED SERVICES AUTOMOBILE ASSOCIATED ("*USAA*") and USAA CASUALTY INSURANCE COMPANY ("*USAA CIC*," collectively with USAA, "*Defendants*"), by and through their attorney of record, Oliver J. Pancheri, Esq. of Spencer Fane LLP (the "*Parties*"), hereby stipulate and agree as follows:

1. On April 4, 2025, Plaintiff filed her Complaint in the Eighth Judicial District Court of Nevada, Clark County against USAA CIC, having been assigned Case No. A-25-915614-C. (ECF No. 1-1).

2. On May 2, 2025, USAA CIC filed its Notice of Removal of Action Pursuant to 28

U.S.C. § 1332 and 28 U.S.C. § 1441(b) based on the allegations contained in the Complaint. (ECF No. 1).

3. On May 15, 2025, Plaintiff filed her First Amended Complaint adding Defendant USAA. (ECF No. 4).

4. The parties met and conferred regarding removal as required by the Court's Minute Order. (ECF No. 3). The parties agree that the policy referenced in the Plaintiff's Complaint was issued by USAA and not by USAA CIC. Accordingly, the parties agree that USAA CIC will be dismissed without prejudice from this action and that the matter may be remanded to State Court as there is no longer diversity of citizenship between Plaintiff and the Defendants.

5. The Parties hereby stipulate and agree to remand this case to the Eighth Judicial District Court of the State of Nevada.

6. As a result of the Parties' stipulation and agreement to remand, Plaintiff withdraws her Motion to Remand (ECF No. 7) and does not request fees and costs under 28 U.S.C. § 1447(c).

7. Upon remand of the case to the Eighth Judicial District Court of the State of Nevada, the parties will enter into a stipulation regarding Plaintiff filing an amended pleading to remove USAA CIC and to clarify the allegations against USAA with regard to the subject policy.

/ / /

/ / /

/ / /

8. By submitting this stipulation, no party is consenting to jurisdiction or venue in Nevada, nor is any party waiving or relinquishing any rights, claims, or defenses, all of which are expressly reserved.

9. In light of this stipulation, the Court vacates the requirement set forth in the Court's Minute Order dated May 5, 2025 (ECF No. 3) for the parties to file a joint status report.

**IT IS SO STIPULATED AND AGREED.**

DATED this 22nd day of May, 2025.

| | |
|---|---|
| **DE CASTROVERDE LAW GROUP** | **SPENCER FANE LLP** |
| */s/ Millie Mumery* | */s/ Oliver J. Pancheri* |
| Alex J. De Castroverde (NBN 6950) | Oliver J. Pancheri, Esq. (NBN 7476) |
| Orlando De Castroverde (NBN 7320) | 300 South Fourth Street, Suite 1600 |
| Millie Mumery (NBN 16594) | Las Vegas, Nevada 89101 |
| 1149 S. Maryland Pkwy. | Telephone: (702) 408-3400 |
| Las Vegas, NV 89104 | Facsimile: (702) 408-3401 |
| Telephone: (702) 222-9999 | Email: opancheri@spencerfane.com |
| Facsimile: (702) 383-8741 | |
| Email: millie@dlgteam.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

**ORDER**

Based on the parties' stipulation [ECF No. 9] and good cause appearing, **IT IS ORDERED** that **this case is remanded back to the Eighth Judicial District Court of the State of Nevada, Case No. A-25-915614-C**, with each party to bear their own attorneys' fees and costs. The Clerk of Court is directed to CLOSE THIS CASE. The motion to remand **[ECF No. 7] is DENIED as moot.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 5/23/25